■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON OJEDA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marano, J.), rendered May 16, 1985, convicting him of criminal sale of a controlled substance in the fourth degree, upon his plea of guilty, and sentencing him as a second felony offender to an indeterminate term of 3 to 6 years' imprisonment.

Ordered that the judgment is affirmed.

We note that the sentence, which the defendant claims is excessive, represents the minimum permitted by law for a second felony offender convicted of a class C felony *(see,* Penal Law § 70.06 [3] [c]) and was imposed in accordance with the plea agreement to which he voluntarily consented *(see, People v Kazepis,* 101 AD2d 816, 817). The defendant, moreover, expressly waived any challenge to his status as a predicate felon. We, therefore, perceive no basis to disturb the sentence. The remainder of the defendant's contentions are unpreserved for appellate review and, in any event, are without merit *(see, People v Morales,* 37 NY2d 262; *People v Marrero,* 110 AD2d 785; *People v Gonzalez,* 110 AD2d 909, *lv denied* 66 NY2d 615; *People v Willie,* 101 AD2d 819). Mollen, P. J., Thompson, Brown and Rubin, JJ., concur.